FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

FEB - 2 2017

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

# United States District Court
## District of Utah

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| vs. | |
| Meredith Manwaring | Case Number: #2:17-mj-65 ~~6602398/UPT3~~ |
| | Plaintiff Attorney: **Paul Kohler** |
| | Defendant Attorney: |
| **Date of Imposition: January 23, 2017** | |
| **DEFENDANT:** | |

☐
[X] pleaded guilty to count(s)

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18:13-9999 | Damage to or Removal of U.S. Government Property without Authorization | 1 |

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

## SENTENCE

## CRIMINAL MONETARY PENALTIES

### FINE

The defendant shall pay a fine in the amount of **$50.00**, payable to Central Violation Bureau.

 forthwith.

## RESTITUTION

The defendant shall make restitution in the amount of $950.00 to the following payees:

Name and Address of Payee

Department of Interior Restoration Fund
IBC Division of Financial Management Services
Branch of Accounting Operations
ATTN: Collections Officer
Mail Stop D-2770
7401 West Mansfield Ave.
Lakewood, CO 80235


**\*\*All restitution payments must be made through the Clerk of Court, unless directed otherwise. If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless otherwise specified.**


Dated the 2nd day of February, 2017.

_____
**ROBERT T. BRAITHWAITE**
**United States Magistrate Judge**